IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHILLIP AND TERESA
WERNETTE                                                        PLAINTIFFS


v.                              Case No. 6:19-cv-6097


PETE T. GAYNOR, in his capacity as
administrator of FEMA; JACKSON
ADJUSTMENT COMPANY, INC.;
BENJAMIN ANDRADE;
ALEX STRAWN INSURANCE AGENCY INC.;
and STATE FARM INSURANCE CO.                                    DEFENDANTS

## ORDER

Before the Court is Plaintiffs Phillip Wernette and Teresa Wernette's Motion for Voluntary Dismissal. (ECF No. 49). Defendants State Farm, Benjamin Andrade, and Jackson Adjustment Company have filed responses indicating that they do not oppose the motion. (ECF Nos. 50, 51). No other defendant has filed a response and the time to do so has passed. *See* Local Rule 7.2(b). The Court finds the matter ripe for consideration.

Plaintiffs seek to voluntarily dismiss their case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), which allows for dismissal of an action at the plaintiff's request, on terms the court considers proper. Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, Plaintiffs' motion (ECF No. 49) is hereby **GRANTED**. Plaintiffs' complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of December, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge